IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nations Rent, Inc., et al.,. ) | |
| ) | Case Nos. 01-11628 - 01-11639 (PJW) |
| Debtor. ) | Jointly Administered |
| ) | |
| Nations Rent Unsecured Creditor's ) | |
| Liquidating Trust, Perry Mandarino, not ) | |
| Personally, but as Trustee ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.04-CV-1056 |
| Parts Associates ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Parts Associates, the defendant and party-in the above-noted civil action; hereby enters its appearance by and through the undersigned counsel. Parts Associates waives neither its right to a jury trial herein, nor any other right found in law or in equity. All pleadings should be served upon Parts Associates via its legal counsel at the following address:

James E. Huggett, Esquire (Delaware Bar No. 3956)
"J" Jackson Shrum, Esquire
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801
Phone: (302) 351-1125
Fax: (302) 428-0734
*(Counsel to Parts Associates)*

April 28, 2005                                                    /s/   *James E. Huggett*
                                                                James E. Huggett, Esquire

DE: 1096.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nations Rent, Inc., et al., | ) | |
| | ) | Case Nos. 01-11628 - 01-11639 (PJW) |
| Debtor. | ) | Jointly Administered |
| | ) | |
| Nations Rent Unsecured Creditor's | ) | |
| Liquidating Trust, Perry Mandarino, not | ) | |
| Personally, but as Trustee | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.04-CV-1056 |
| Parts Associates | ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I caused true and correct copies of the foregoing Notice of Appearance to be served by first class, United States mail upon the following:

Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Dated:  April 28, 2005

                    /s/    *James E. Huggett*
                    James E. Huggett, Esquire

DE: 1096.1