IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                               :    Case Nos. 01-11628 through 01-11639
                                                     :    (PJN)
NationsRent, Inc., et al.,[1]                        :    Jointly Administered
                                                     :    Chapter 11
        Debtors.                                     :
                                                     :
-----------------------------------------------------X
NationsRent Unsecured Creditor's                     :    District Court
Liquidating Trust, Perry Mandanino,                  :    Case No. (KAJ) 04-CV-1056
not personally, but as Trustee,                      :
                                                     :
        Plaintiff,                                   :
                                                     :
v.                                                   :
                                                     :
Parts Associates,                                    :
                                                     :
        Defendant.                                   :
                                                     :
-----------------------------------------------------X
```

## NOTICE OF WRITTEN SETTLEMENT POSITION OF PARTS ASSOCIATES, INC.

Defendant, Parts Associates, Inc. ("Parts Associates"), by and through counsel, hereby certifies that its Written Settlement Position ("Settlement Position"), required pursuant to the order entered by this Court on May 25, 2005, Docket No. 10, setting forth procedures for the settlement of cases seeking avoidance of funds allegedly transferred during the 90-days preceding the initiation of the bankruptcy proceedings for NationsRent, Inc. and its affiliated

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

715213

entities, was served upon Susan Ericksen, Esq., Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068-1791, via express mail on July 11, 2005.

Respectfully submitted,

HARVEY, PENNINGTON LTD.

*/s/ James E. Huggett*

James E. Huggett, Esquire (#3956)
"J" Jackson Shrum, Esquire
John Hartley, Esquire
913 N. Market Street, Suite 702
Wilmington, DE 19801
(302) 351-1125
jhuggett@harvpenn.com

and

Scott N. Opincar (Ohio Bar No. 0064027)
Sherri L. Dahl (Ohio Bar No. 0073621)
McDONALD HOPKINS CO., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sopincar@mcdonaldhopkins.com
sdahl@mcdonaldhopkins.com

COUNSEL FOR PARTS ASSOCIATES

715213