IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nations Rent, Inc., et al., ) | |
| ) | Case Nos. 01-11628 - 01-11639 (PJW) |
| Debtor. ) | Jointly Administered |
| ) | |
| Nations Rent Unsecured Creditor's ) | |
| Liquidating Trust, Perry Mandarino, not ) | |
| Personally, but as Trustee, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.04-CV-1056 |
| Parts Associates, ) | |
| ) | |
| Defendant | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing *Notice of Written Settlement Position of Parts Associates, Inc.* to be served upon the parties listed on the attached service list, in the manner there indicated.

Dated: July 11, 2005

James E. Huggett, Esquire

715213

**VIA REGULAR MAIL**

Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Susan Ericksen, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

715213