## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS MAIL

James E. Huggett, Esquire
*Harvey Pennington Ltd.*
913 North Market Street, 7th Floor
Wilmington, DE 19801

Matthew A. Salerno, Esquire
*Mcdonald Hopkins Co., LPA*
600 Superior Avenue, E.
Suite 2100
Cleveland, Ohio 44114-2653

_____
Mary E. Augustine (No. 4477)